IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRELL LAW** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 16-0765** |
| : | |
| **COMMUNITY EDUCATION CENTERS INC., GEORGE W. HILL CORRECTIONAL FACILITY, DE COUNTY COURT OF COMMON PLEAS, THE DISTRICT ATTORNEY OF DELAWARE COUNTY, PA** : | |

## ORDER

**NOW**, this 9th day of August, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the Petition for Writ of Habeas Corpus (Document No. 12), the Report and Recommendation filed by United States Magistrate Judge M. Faith Angell (Document 15), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Angell is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** without prejudice; and,

3. There is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.